# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR199** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DUANE CHARLES ANDERSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Duane Charles Anderson's request for additional time to file pretrial motions made at the time of his arraignment on May 26, 2005. The request is granted, and Anderson shall have **to July 7, 2005**, in which to file any pretrial motions. The ends of justice have been served by granting such request and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from June 13, 2005 through July 7, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 26th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge